

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2016

No. 04-16-00449-CR

Eugene **TIDWELL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4975
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Appellant's court-appointed appellate attorney filed an *Anders* brief in this appeal. *See Anders v. California*, 386 U.S. 738 (1967). Counsel advised appellant of his right to review the record and file his own brief, and explained to appellant the procedure for obtaining the record. *See Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Appellant, who is incarcerated, has filed a motion to obtain a copy of the record.

Appellant's motion for access to the appellate record is granted. We **order** the clerk of this court to send appellant, pro se, a copy of the record. We further **order** appellant's pro se brief is due **December 23, 2016**. Appellant is advised that no extensions of time to file the pro se brief will be granted absent a showing of extraordinary circumstances.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2016.



Keith E. Hottle
Clerk of Court